## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES BROADHEAD, AIS #224802,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 10-0542-WS-C** |
| **W. BROWN,** *et al.*, | : | |
| **Defendants.** | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby

DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 23rd day of July,  2012.

s/WILLIAM H. STEELE  
CHIEF UNITED STATES DISTRICT JUDGE