## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JAMES BROADHEAD, AIS #224802,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 10-0542-WS-C** |
| **W. BROWN,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 23rd day of July, 2012.

                                       s/WILLIAM H. STEELE
                                       CHIEF UNITED STATES DISTRICT JUDGE